IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SUAMINKA CONERLY,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )      2:18cv46-MHT
                               )         (WO)
THE CITY OF HATTIESBURG,       )
                               )
     Defendant.                )
```

OPINION

Plaintiff filed this lawsuit against the defendant alleging claims of false imprisonment and police brutality. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE